UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL D. LEVITZ,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF VETERAN AFFAIRS,

        Defendant.

No. C21-1243RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on September 13, 2021. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than January 12, 2022.

DATED this 16th day of December, 2021.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE