The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. LEVITZ,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>           Defendant. | Case No. 2:21-cv-01243-JHC<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND<br><br>Noted For Consideration:<br>June 3, 2022 |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE pursuant to Local Civil Rule 7(j) to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss (Dkt. 14) in this action by 21 days, from June 6, 2022 until June 27, 2022, and to extend the time for Defendant's reply to said response from June 10, 2022, to July 1, 2022.

The parties submit there is good cause for an extension of the deadline to respond. Plaintiff has relocated and is in the process of wrapping up the transition and thus, needs additional time to review the Motion and prepare his response.

//

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND
2:21-CV-01243-JHC - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| | | |
|---|---|---|
| 1 | Stipulated to and presented this 3rd day of June, 2022. | |
| 2 | NICHOLAS W. BROWN<br>United States Attorney | |
| 3 | | |
| 4 | s/ Kristen R. Vogel<br>KRISTEN R. VOGEL, NY No. 5195664 | s/ Michael D. Levitz<br>MICHAEL D. LEVITZ |
| 5 | Assistant United States Attorney<br>United States Attorney's Office | 3718 E Alder Street<br>Seattle, WA 98122 |
| 6 | 700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271 | Phone: 425-998-8492<br>Email: michaelfromseattle@gmail.com |
| 7 | Phone: 206-553-7970<br>Fax: 206-553-4067 | *Plaintiff pro se* |
| 8 | Email: kristen.vogel@usdoj.gov | |
| 9 | *Attorney for Defendant* | |

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND
2:21-CV-01243-JHC - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Plaintiff has until June 27, 2022 to file a response to Defendant's Motion to Dismiss (Dkt. 14), and Defendant has until July 1, 2022 to file a reply.

DATED this  3rd  day of  June , 2022.

*John H. Chun*
JOHN H. CHUN
United States District Court Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND
2:21-CV-01243-JHC - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970