The Honorable John H. Chun

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL D. LEVITZ,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>    Defendant. | Case No. 2:21-cv-01243-JHC<br><br>SECOND STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND<br><br>Noted For Consideration:<br>July 1, 2022 |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE pursuant to Local Civil Rule 7(j) to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss (Dkt. 14) in this action by 35 days, from June 27, 2022 until August 1, 2022, and to extend the time for Defendant's reply to said response from July 1, 2022, to August 5, 2022.

The parties submit there is good cause for an extension of the deadline to respond. Plaintiff is making efforts to retain an attorney or seek legal assistance in this matter and agrees not to seek additional extensions of time regarding the pending motion to dismiss.

//

//

SECOND STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME TO RESPOND
2:21-CV-01243-JHC - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1 | Stipulated to and presented this 1st day of July, 2022.

2

3 | NICHOLAS W. BROWN
United States Attorney

4 | *s/ Kristen R. Vogel*     *s/ Michael D. Levitz*
KRISTEN R. VOGEL, NY No. 5195664     MICHAEL D. LEVITZ
5 | Assistant United States Attorney     3718 E Alder Street
United States Attorney's Office     Seattle, WA 98122
6 | 700 Stewart Street, Suite 5220     Phone: 425-998-8492
Seattle, Washington 98101-1271     Email: michaelfromseattle@gmail.com
7 | Phone:  206-553-7970
Fax:  206-553-4067     *Plaintiff pro se*
8 | Email: kristen.vogel@usdoj.gov

9 | *Attorney for Defendant*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

SECOND STIPULATED MOTION AND ORDER     **UNITED STATES ATTORNEY**
FOR EXTENSION OF TIME TO RESPOND     700 Stewart Street, Suite 5220
2:21-CV-01243-JHC - 2     Seattle, Washington 98101-1271
    206-553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Plaintiff has until August 1, 2022 to file a response to Defendant's Motion to Dismiss (Dkt. 14), and Defendant has until August 5, 2022 to file a reply.  There shall be no further extensions of time for Plaintiff to respond to Defendant's Motion to Dismiss.  The Clerk is DIRECTED to renote Defendant's Motion to Dismiss (Dkt. 14) to August 5, 2022. Plaintiff's Motion to Continue (Dkt. 20) is stricken as MOOT.

DATED this 1st day of July, 2022.

*John H. Chun*
John H. Chun
United States District Judge

SECOND STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME TO RESPOND
2:21-CV-01243-JHC - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970