The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. LEVITZ, | Case No. 2:21-cv-01243-JHC |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |
| v. | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

Defendant's Motion to Dismiss Complaint (Dkt. 14), which is unopposed, is GRANTED for the reasons set forth in the motion. The Court DISMISSES Plaintiff's claims with prejudice.

DATED this 9th day of August, 2022.

*John H. Chun*

JOHN H. CHUN
United States District Court Judge